In the Matter of AKHTAR ALI SHEIKH, Appellant, v NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, Respondent.

Decided June 25, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.